IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BERNARD FRACTION, | ) | 8:14CV348 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RANDY JAMES, and VANDELAY INVESTMENTS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On February 3, 2015, the court conducted an initial review of Plaintiff's Complaint. (Filing No. 7.) The court determined it could not ascertain from the face of the Complaint whether subject-matter jurisdiction is proper in this forum. The court gave Plaintiff 30 days in which to file an amended complaint that set forth the grounds for this court's jurisdiction. (Filing No. 7 at CM/ECF p. 4.)

    Plaintiff filed a letter and several documents on March 10, 2015. (*See* Filing No. 10.) However, Plaintiff did not set forth the basis for this court's jurisdiction in his letter; nor is the basis for this court's jurisdiction apparent based on any pleadings or documents filed in this case. For this reason, and for the reasons set forth in the court's order dated February 3, 2015, this case will be dismissed.

    IT IS THEREFORE ORDERED that:

    1.    This case is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this order.

DATED this 17th day of April, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.