IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BERNARD FRACTION, | ) | 8:14CV348 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| RANDY JAMES, and VANDELAY INVESTMENTS, et al, | ) ) | |
| | ) | |
| Defendants. | ) | |

This case is dismissed without prejudice for the reasons discussed in the order entered on this date.

DATED this 17th day of April, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge